UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MILTONOUS KINGDOM,

    Petitioner,

             v.

A.A. LAMERQUE,

    Respondent.

_____/

No. C 04-2342 PJH

**ORDER RE: EVIDENCE SUBMITTED WITH PETITIONER'S REPLY**

On November 26, 2008, petitioner Miltonous Kingdom ("Kingdom"), a California prisoner currently incarcerated at Folsom State Prison, filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(6). Kingdom initially attached eleven documents in support of his Rule 60(b) motion. However, with his reply, Kingdom has attached an additional **twenty-seven** documents that he claims warrant relief. Because respondent did not have an opportunity to respond to those twenty-seven documents, given the impending holidays, the court will afford respondent a short amount of time in which to file a supplemental brief addressing **those twenty-seven documents only,** and their impact on Kingdom's Rule 60(b) motion. Respondent may file and serve his supplemental brief **no later than 12:00 noon on Friday, December 19, 2008.**

**IT IS SO ORDERED.**

Dated: December 17, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge